IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEITH R. M., | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Case No. 3:21-cv-00178-E (BT) |
| | § |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § |
| | § |
| Defendant. | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated April 11, 2024. (ECF No. 38). The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 29th day of April, 2024.

Ada E. Brown
UNITED STATES DISTRICT JUDGE